No. 88–474.   NEVILLE v. MOLLEN, PRESIDING JUSTICE, AP-
PELLATE DIVISION, SUPREME COURT OF NEW YORK, SECOND JU-
DICIAL DEPARTMENT, ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 88–480.   HAMMOCK ET AL. v. PLUNKETT, JUDGE, ET AL.
C. A. 8th Cir.   Certiorari denied.

No. 88–482.   HOWELL ET AL. v. UNITED STATES FIRE INSUR-
ANCE CO.   Ct. App. Ga.   Certiorari denied.

No. 88–490.   CROSS v. STATE INSURANCE FUND OF NEW YORK.
C. A. 2d Cir.   Certiorari denied.

No. 88–529.   YOUNGBERG, DBA MAKI v. UNITED STATES.
C. A. Fed. Cir.   Certiorari denied.

No. 88–552.   ARKO v. UNITED STATES DEPARTMENT OF THE
AIR FORCE ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 88–561.   SAVINOVICH v. UNITED STATES.   C. A. 9th Cir.
Certiorari denied.

No. 88–570.   BROOKSIDE VENEERS, LTD. v. UNITED STATES.
C. A. Fed. Cir.   Certiorari denied.

No. 88–583.   TEXARKANA TRAWLERS ET AL. v. UNITED STATES.
C. A. 5th Cir.   Certiorari denied.

No. 88–584.   RAMIREZ v. UNITED STATES.   C. A. 5th Cir.
Certiorari denied.

No. 88–591.   VANDERWEYST ET AL. v. FIRST STATE BANK OF
BENSON ET AL.   Sup. Ct. Minn.   Certiorari denied.

No. 88–600.   RAMOS v. UNITED STATES.   C. A. 3d Cir.   Cer-
tiorari denied.

No. 88–601.   CONWAY ET AL. v. UNITED STATES ET AL.
C. A. 6th Cir.   Certiorari denied.